IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01689-AP

Heath A. Warner,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Christopher R. Alger
McDivitt Law Firm
1401 17th Street, Suite 500
Denver, CO 80202
(303) 426-4878
(303) 996-8569 (facsimile)
calger@mcdivittlaw.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

- 1 -

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

  A.  **Date Complaint Was Filed:** June 26, 2013

  B.  **Date Complaint Was Served on U.S. Attorney's Office:** July 10, 2013

  C.  **Date Answer and Administrative Record Were Filed:** September 9, 2013

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties are not aware of any other matters.  This case is not on appeal from a decision issued on remand from this court.

**8. BRIEFING SCHEDULE**

  A.  **Plaintiff's Opening Brief Due:** November 12, 2013
  B.  **Defendant's Response Brief Due**: December 12, 2013
  C.  **Plaintiff's Reply Brief (If Any) Due:** December 30, 2013

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:**  Plaintiff does/does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 30th day of September, 2013.

                                                  BY THE COURT:

                                                  *s/John L. Kane*
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

                                                John F. Walsh
                                                United States Attorney

s/ Christopher R. Alger                         **By:** s/ *Alexess D. Rea*
Christopher R. Alger                                 Alexess D. Rea
McDivitt Law Firm                                     Special Assistant U.S. Attorney
1401 17th Street, Suite 500                   1961 Stout St., Suite 4169
Denver, CO 80202                                     Denver, CO 80294-4003
(303) 426-4878                                           (303) 844-7101
(303) 996-8569 (facsimile)                   (303) 844-0770 (facsimile)
calger@mcdivittlaw.com                          alexess.rea@ssa.gov

Attorney for Plaintiff                                     Attorneys for Defendant